## DOLLAR v. STATE.
### No. 14955.

Court of Criminal Appeals of Texas.
Dec. 9, 1931.

Walsh & Fruechte, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment being two years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

## LOVELL v. STATE.
### No. 14889.

Court of Criminal Appeals of Texas.
Dec. 9, 1931.

Frank J. Ford, of Vega, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery; punishment assessed being five years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In this condition of the record nothing is presented for review.

The judgment is affirmed.